No. 84–486. SHEARSON/AMERICAN EXPRESS INC. ET AL. *v.* NEELY ET AL. C. A. 9th Cir. Certiorari denied. 

No. 84–507. T. B. & Z. REALTY & MANAGEMENT CORP. ET AL. *v.* COTERIE SEVEN ENTERPRISES CORP. C. A. 7th Cir. Certiorari denied. 

No. 84–535. DAVIS *v.* DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. 6th Cir. Certiorari denied. 

No. 84–617. FLYNT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 84–5026. MAGHE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 84–5027. WILLIAMS ET AL. *v.* TRANSPORT WORKERS UNION OF AMERICA, AFL–CIO, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 84–5070. BOLES *v.* MINTZES, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 84–5135. PEELER ET AL. *v.* WYRICK, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 84–5147. GONZALEZ *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. 

No. 84–5161. LUCIEN *v.* SEIDENFELD ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–5241. HUMPHREY *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–5256. MUGERCIA ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 84–5270. BURRELL *v.* BOWEN, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 84–5428. DANKERT *v.* WHARTON, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 84–5461. LEGRAND *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.